

# Fourth Court of Appeals
## San Antonio, Texas

February 1, 2017

No. 04-16-00524-CR

Steven Phillip **CHERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6408
Honorable Sid L. Harle, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDICTION.

It is so **ORDERED** on February 1, 2017.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of February, 2017.

Keith E. Hottle, Clerk